JOHN LEBOEUF, as Administrator of the Estate of HELEN LEBOEUF, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 24135.)

Argued October 3, 1939; decided October 17, 1939.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* of counsel), for appellant.

*William J. Herron* and *Daniel Scanlon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.